| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of Colorado |
| (State) |
| Case number (if known): _____ Chapter 11 |

FILED
KENNETH S. GARDNER
CLERK
2016 AUG 30 PM 4:06
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

☐ Check if this is an amended filing

Official Form 205                    16-18612-MER

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Imogene and Willie, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 6 – 3 0 3 5 8 0 7
   EIN

5. **Debtor's address**

   **Principal place of business**

   336 South Anderson Street
   Number    Street

   _____

   Los Angeles          CA      90033
   City                 State   ZIP Code

   Los Angeles
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                 State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                 State   ZIP Code

Debtor  Imogene and Willie, LLC　　　　　　　Case number (if known)_____
　　　　　Name

6. **Debtor's website** (URL)　https://imogeneandwillie.com/

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   Imogene and Willie, LLC
         Name                                                          Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Robert Lamey | Promissory Note (joint) | $ 1,557,548.29 |
| Paige Heid | Promissory Note (joint) | $ 1,557,548.29 |
|  |  | $ |
|  | Total of petitioners' claims | $ 1,557,548.29 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Robert Lamey
Name

Post Office Box 2260
Number   Street

Fraser                CO           80442
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 30 / 2016
             MM / DD / YYYY

X /s/ Robert Lamey
Signature of petitioner or representative, including representative's title

### Attorneys

Jordan A. Kroop
Printed name

Perkins Coie LLP
Firm name, if any

1900 Sixteenth Street, Suite 1400
Number   Street

Denver                CO           80202
City                  State        ZIP Code

Contact phone  602-351-8000    Email jkroop@perkinscoie.com

Bar number     018825

State          AZ

X /s/ Jordan A. Kroop
Signature of attorney

Date signed    08 / 30 / 2016
               MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual                page 3

Debtor: **Imogene and Willie, LLC**

Case number (if known): _____

### Name and mailing address of petitioner

Name: Paige Heid

Number/Street: Post Office Box 2260

City: Fraser   State: CO   ZIP Code: 80442

### Name and mailing address of petitioner's representative, if any

Name: _____

Number/Street: _____

City: _____   State: ___   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08 / 30 / 2016

X *(signed)* Paige Heid

Signature of petitioner or representative, including representative's title

---

Printed name: Jordan A. Kroop

Firm name, if any: Perkins Coie LLP

Number/Street: 1900 Sixteenth Street, Suite 1400

City: Denver   State: CO   ZIP Code: 80202

Contact phone: 602-351-8000   Email: jkroop@perkinscoie.com

Bar number: 018825

State: AZ

X *(signed)* Jordan A. Kroop

Signature of attorney

Date signed: 08 / 30 / 2016

---

### Name and mailing address of petitioner

Name: _____

Number/Street: _____

City: _____   State: ___   ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____

Number/Street: _____

City: _____   State: ___   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __ / __ / ____

X _____

Signature of petitioner or representative, including representative's title

---

Printed name: _____

Firm name, if any: _____

Number/Street: _____

City: _____   State: ___   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

X _____

Signature of attorney

Date signed: __ / __ / ____

Official Form 205   Involuntary Petition Against a Non-Individual   page 4