# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

In re:

IMOGENE AND WILLIE, LLC

　　Involuntary Debtor.

Case No. 16-18612 MER

Involuntary Chapter 11

## CORRECTED ORDER

　　THIS MATTER comes before the Court on the Involuntary Petition Against a Non-Individual, filed by Petitioning Creditors Robert Lamey and Paige Heid ("Creditors") against Imogene and Willie, LLC (the "Involuntary Debtor"). The Court has reviewed the docket and the pleadings filed in this case and enters the following Orders:

1. The Creditors are ordered to immediately submit a summons to the Clerk for issuance and service on the Involuntary Debtor pursuant to Fed. R. Bankr. P. 1010(a).

2. The Creditors are further ordered to serve the Involuntary Debtor with a copy of this Order, the Involuntary Petition, the Emergency Motion to Appoint a Chapter 11 Trustee, along with affidavits and attachments filed in support of said motion, and the Motion for Expedited Hearing. Service shall be by electronic mail or overnight delivery, with said service to be accomplished by no later than **September 1, 2016.**

3. This matter is set for hearing on **Wednesday, September 7, 2016, at 1:30 p.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom C, U.S. Custom House, 721 19th Street, Denver Colorado.

Dated August 31, 2016

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court