(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
District of Colorado

In re: Imogene and Willie, LLC  
Debtor(s)

Case No. **16–18612–MER**

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 09/07/16 to Jordan Kroop regarding document number 19 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Pleading filed using the incorrect event.

E–Filer Shall: Please refile your pleading by using Summons Service Executed (Involuntary) found under the Misc. Events.

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 9/8/16

KENNETH S. GARDNER, Clerk

By: s/ Raul Cosio  
Deputy Clerk  
United States Bankruptcy Court  
U.S. Custom House  
721 Nineteenth Street  
Denver, CO 80202–2508