UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>IMOGENE AND WILLIE, LLC,<br>a Colorado limited liability company,<br><br>EIN #46-3035807<br><br>Alleged Debtor | Case No. 16-18612-MER<br><br>Chapter 11 |

**ORDER DISMISSING INVOLUNTARY PETITION**

Before the Court is the motion of Robert Lamey and Paige Heid ("**Lamey/Heid**"), the initial petitioners who filed the involuntary Chapter 11 petition [Doc. #6] (the "**Petition**") against the Imogene and Willie, LLC (the "**Alleged Debtor**") on August 30, 2016, for an order under Bankruptcy Code § 303(j)(2) dismissing the Petition. The Court finds: (a) the Court has jurisdiction over this Chapter 11 case and may enter a final order on the motion, as it constitutes a core proceeding under 28 U.S.C. § 157(b); (b) notice of the relief requested in the motion was sufficient under the circumstances; (c) The Dock, LLC, Julia Dransfield, and Muse Management, Inc. (the "**Subsequent Petitioners**") as well as the Alleged Debtor all consent to the Court's dismissal of the Petition.

Accordingly, IT IS ORDERED that:

1. The Petition is dismissed under Bankruptcy Code § 303(j)(2) effective immediately on the entry of this order on the docket.

2. All parties will bear their own costs associated with the Petition and the proceedings in this case.

3. The Clerk of the Court is to close this Chapter 11 case immediately on the entry of this order on the docket.

Dated: __December 5__, 2016     BY THE COURT

_____
United States Bankruptcy Judge